# Earnings Statement

**TEGUH SUTANTO**

|  |  | Company: 03695 - SPECIALTY APPLIANCES LLC |  |
|---|---|---|---|
| Pay Date: | 09/16/2021 | DBA: SPECIALTY APPLIANCES | Emp #: 4500 |
| Period Start: | 08/30/2021 | 4905 HAMMOND IND DR | Dept: 450 - Herbst |
| Period End: | 09/12/2021 | CUMMING  GA  30041-5567 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 24.00 | 78.55 | 1885.20 | 30818.10 |
| Overtime | 36.00 | 0.00 | 0.00 | 2396.45 |
| Weighted OT | 36.00 | 4.10 | 147.60 | 4178.92 |
| PSL Self | 23.00 | 0.00 | 0.00 | 184.00 |
| Vacation | 24.00 | 0.00 | 0.00 | 1912.00 |
| Bonus | | | 0.00 | 1097.71 |
| Holiday | 24.00 | 8.00 | 192.00 | 944.00 |
| Regular Earnings | | | 440.00 | 483.00 |
| Shift Differential 2 | 26.00 | 0.00 | 0.00 | 4335.76 |
| **Gross** | | 90.65 | 2664.80 | 46349.94 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 313.00 | 5061.20 |
| Medicare | | | 35.42 | 610.94 |
| Social Security | | | 151.46 | 2612.31 |
| Georgia State W/H(S/0) | | | 116.47 | 1966.81 |
| **Deductions** | | | | |
| Garnishment | | | 483.80 | 483.80 |
| 401K $ | | | 125.00 | 2375.00 |
| Aetna Dental Plan PPOD | | | 11.04 | 209.76 |
| Aetna OAMC POS 1500/80 | | | 204.96 | 3894.24 |
| Aetna Vision Preferred | | | 5.89 | 111.91 |
| **Net Pay** | | | 1217.76 | 29023.97  Voucher No. 33305DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 967.76 | 24273.97  A/C:4670 |
| Direct Dep. Distribution 1 | | | 250.00 | 4750.00  A/C:9700 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401K $ - Match | 12.50 | 237.50 *Company Match | | |
| Floating Holiday  Hours ** | | 8.00 | 0.00 | 8.00 |

**Accruals balances are accurate as of processing 09/14/2021 11:34 am

Voucher No. 33305DD

SPECIALTY APPLIANCES
4905 HAMMOND INDUSTRIAL DRIVE          DATE: 09/16/2021
CUMMING, GA 30041
678-513-4408
Dept: 450

**Net Pay:**                                                                 1217.76

One Thousand Two Hundred Seventeen And 76/100 Dollars

TEGUH SUTANTO
485 MANOR GLEN DRIVE                               For Record Purposes Only
SUWANEE, GA  30024                                   **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**TEGUH SUTANTO**

|  |  |  |  |
|---|---|---|---|
| Pay Date: | 09/02/2021 | Company: 03695 - SPECIALTY APPLIANCES LLC | |
| | | DBA: SPECIALTY APPLIANCES | Emp #: 4500 |
| Period Start: | 08/16/2021 | 4905 HAMMOND IND DR | Dept: 450 - Herbst |
| Period End: | 08/29/2021 | CUMMING  GA  30041-5567 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 24.00 | 75.22 | 1805.28 | 28932.90 |
| Overtime | 36.00 | 0.00 | 0.00 | 2396.45 |
| Weighted OT | 36.00 | 4.36 | 156.96 | 4031.32 |
| PSL Self | 23.00 | 0.00 | 0.00 | 184.00 |
| Vacation | 24.00 | 8.00 | 192.00 | 1912.00 |
| Bonus | | | 0.00 | 1097.71 |
| Holiday | 24.00 | 0.00 | 0.00 | 752.00 |
| Regular Earnings | | | 0.00 | 43.00 |
| Shift Differential 2 | 26.00 | 0.00 | 0.00 | 4335.76 |
| **Gross** | | 87.58 | 2154.24 | 43685.14 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 200.67 | 4748.20 |
| Medicare | | | 28.02 | 575.52 |
| Social Security | | | 119.81 | 2460.85 |
| Georgia State W/H(S/0) | | | 87.12 | 1850.34 |
| **Deductions** | | | | |
| 401K $ | | | 125.00 | 2250.00 |
| Aetna Dental Plan PPOD | | | 11.04 | 198.72 |
| Aetna OAMC POS 1500/80 | | | 204.96 | 3689.28 |
| Aetna Vision Preferred | | | 5.89 | 106.02 |
| **Net Pay** | | | 1371.73 | 27806.21 Voucher No. 33130DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1121.73 | 23306.21 A/C:4670 |
| Direct Dep. Distribution 1 | | 250.00 | 4500.00 A/C:9700 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401K $ - Match | 12.50 | 225.00 *Company Match | | |
| Floating Holiday  Hours ** | | 8.00 | 0.00 | 8.00 |

**Accruals balances are accurate as of processing 08/31/2021 08:44 am

Voucher No. 33130DD

SPECIALTY APPLIANCES
4905 HAMMOND INDUSTRIAL DRIVE          DATE: 09/02/2021
CUMMING, GA 30041
678-513-4408
Dept: 450

**Net Pay:**                                                                                      **1371.73**
One Thousand Three Hundred Seventy One And 73/100 Dollars

TEGUH SUTANTO
485 MANOR GLEN DRIVE                                                       **For Record Purposes Only**
SUWANEE, GA  30024                                                         **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**TEGUH SUTANTO**

| | | |
|---|---|---|
| Pay Date: | 08/19/2021 | Company: 03695 - SPECIALTY APPLIANCES LLC |
| Period Start: | 08/02/2021 | DBA: SPECIALTY APPLIANCES |
| Period End: | 08/15/2021 | 4905 HAMMOND IND DR |
| | | CUMMING  GA  30041-5567 |

Emp #: 4500
Dept: 450 - Herbst
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 24.00 | 80.00 | 1920.00 | 27127.62 |
| Overtime | 36.00 | 0.00 | 0.00 | 2396.45 |
| Weighted OT | 36.00 | 9.64 | 347.04 | 3874.36 |
| PSL Self | 23.00 | 0.00 | 0.00 | 184.00 |
| Vacation | 24.00 | 8.00 | 192.00 | 1720.00 |
| Bonus | | | 0.00 | 1097.71 |
| Holiday | 24.00 | 0.00 | 0.00 | 752.00 |
| Regular Earnings | | | 0.00 | 43.00 |
| Shift Differential 2 | 26.00 | 0.00 | 0.00 | 4335.76 |
| **Gross** | | 97.64 | 2459.04 | 41530.90 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 267.73 | 4547.53 |
| Medicare | | | 32.44 | 547.50 |
| Social Security | | | 138.70 | 2341.04 |
| Georgia State W/H(S/0) | | | 104.64 | 1763.22 |
| **Deductions** | | | | |
| 401K $ | | | 125.00 | 2125.00 |
| Aetna Dental Plan PPOD | | | 11.04 | 187.68 |
| Aetna OAMC POS 1500/80 | | | 204.96 | 3484.32 |
| Aetna Vision Preferred | | | 5.89 | 100.13 |
| **Net Pay** | | | 1568.64 | 26434.48  Voucher No. 32959DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1318.64 | 22184.48  A/C:4670 |
| Direct Dep. Distribution 1 | | | 250.00 | 4250.00  A/C:9700 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K $ - Match | 12.50 | 212.50 *Company Match | | |
| Floating Holiday  Hours ** | | 8.00 | 0.00 | 8.00 |

**Accruals balances are accurate as of processing 08/17/2021 09:38 am

Voucher No. 32959DD

SPECIALTY APPLIANCES
4905 HAMMOND INDUSTRIAL DRIVE
CUMMING, GA 30041
678-513-4408
Dept: 450

DATE: 08/19/2021

**Net Pay:**  **1568.64**

One Thousand Five Hundred Sixty Eight And 64/100 Dollars

TEGUH SUTANTO
485 MANOR GLEN DRIVE
SUWANEE, GA  30024

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**TEGUH SUTANTO**

| | | | Company: 03695 - SPECIALTY APPLIANCES LLC | |
|---|---|---|---|---|
| Pay Date: | 08/05/2021 | DBA: SPECIALTY APPLIANCES | | Emp #: 4500 |
| Period Start: | 07/19/2021 | 4905 HAMMOND IND DR | | Dept: 450 - Herbst |
| Period End: | 08/01/2021 | CUMMING  GA  30041-5567 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 24.00 | 75.78 | 1818.72 | 25207.62 |
| Overtime | 36.00 | 0.00 | 0.00 | 2396.45 |
| Weighted OT | 36.00 | 0.37 | 13.32 | 3527.32 |
| PSL Self | 23.00 | 0.00 | 0.00 | 184.00 |
| Vacation | 24.00 | 8.00 | 192.00 | 1528.00 |
| Bonus | | | 0.00 | 1097.71 |
| Holiday | 24.00 | 0.00 | 0.00 | 752.00 |
| Regular Earnings | | | 0.00 | 43.00 |
| Shift Differential 2 | 26.00 | 0.00 | 0.00 | 4335.76 |
| **Gross** | | 84.15 | 2024.04 | 39071.86 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 175.37 | 4279.80 |
| Medicare | | | 26.13 | 515.06 |
| Social Security | | | 111.73 | 2202.34 |
| Georgia State W/H(S/0) | | | 79.63 | 1658.58 |
| **Deductions** | | | | |
| 401K $ | | | 125.00 | 2000.00 |
| Aetna Dental Plan PPOD | | | 11.04 | 176.64 |
| Aetna OAMC POS 1500/80 | | | 204.96 | 3279.36 |
| Aetna Vision Preferred | | | 5.89 | 94.24 |
| **Net Pay** | | | 1284.29 | 24865.84  Voucher No. 32787DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1034.29 | 20865.84  A/C:4670 |
| Direct Dep. Distribution 1 | | | 250.00 | 4000.00  A/C:9700 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401K $ - Match | 12.50 | 200.00 *Company Match | | |
| Floating Holiday  Hours ** | | 8.00 | 0.00 | 8.00 |

**Accruals balances are accurate as of processing 08/3/2021 11:14 am

Voucher No. 32787DD

SPECIALTY APPLIANCES
4905 HAMMOND INDUSTRIAL DRIVE          DATE: 08/05/2021
CUMMING, GA 30041
678-513-4408
Dept: 450

**Net Pay:**                                                                 1284.29

One Thousand Two Hundred Eighty Four And 29/100 Dollars

TEGUH SUTANTO
485 MANOR GLEN DRIVE                              For Record Purposes Only
SUWANEE, GA  30024                                **NON-NEGOTIABLE**

# Earnings Statement

**TEGUH SUTANTO**

| | | | | | |
|---|---|---|---|---|---|
| Pay Date: | 07/22/2021 | Company: 03695 - SPECIALTY APPLIANCES LLC | | | |
| | | DBA: SPECIALTY APPLIANCES | | Emp #: | 4500 |
| Period Start: | 07/05/2021 | 4905 HAMMOND IND DR | | Dept: 450 - Herbst | |
| Period End: | 07/18/2021 | CUMMING  GA  30041-5567 | | Pay Basis: Hourly | |

| | Rate | Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | 24.00 | 80.00 | 1920.00 | 23388.90 | |
| Overtime | 36.00 | 0.00 | 0.00 | 2396.45 | |
| Weighted OT | 36.00 | 12.95 | 466.20 | 3514.00 | |
| PSL Self | 23.00 | 0.00 | 0.00 | 184.00 | |
| Vacation | 24.00 | 0.00 | 0.00 | 1336.00 | |
| Bonus | | | 415.10 | 1097.71 | |
| Holiday | 24.00 | 8.00 | 192.00 | 752.00 | |
| Regular Earnings | | | 0.00 | 43.00 | |
| Shift Differential 2 | 26.00 | 0.00 | 0.00 | 4335.76 | |
| **Gross** | | 100.95 | 2993.30 | 37047.82 | |
| **W/H Taxes** | | | | | |
| Federal W/H(S/0) | | | 385.27 | 4104.43 | |
| Medicare | | | 40.18 | 488.93 | |
| Social Security | | | 171.83 | 2090.61 | |
| Georgia State W/H(S/0) | | | 135.36 | 1578.95 | |
| **Deductions** | | | | | |
| 401K $ | | | 125.00 | 1875.00 | |
| Aetna Dental Plan PPOD | | | 11.04 | 165.60 | |
| Aetna OAMC POS 1500/80 | | | 204.96 | 3074.40 | |
| Aetna Vision Preferred | | | 5.89 | 88.35 | |
| **Net Pay** | | | 1913.77 | 23581.55 | Voucher No. 32609DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1663.77 | 19831.55 A/C:4670 |
| Direct Dep. Distribution 1 | | 250.00 | 3750.00 A/C:9700 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401K $ - Match | 12.50 | 187.50 *Company Match | | |
| Floating Holiday  Hours ** | | 8.00 | 0.00 | 8.00 |

**Accruals balances are accurate as of processing 07/20/2021 09:51 am

Voucher No. 32609DD

SPECIALTY APPLIANCES
4905 HAMMOND INDUSTRIAL DRIVE          DATE: 07/22/2021
CUMMING, GA 30041
678-513-4408
Dept: 450

**Net Pay:**                                                                 1913.77

One Thousand Nine Hundred Thirteen And 77/100 Dollars

TEGUH SUTANTO
485 MANOR GLEN DRIVE                                      For Record Purposes Only
SUWANEE, GA  30024                                         **NON-NEGOTIABLE**